IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Criminal Case No. 07-cr-00360-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

FU YINER, d/b/a YINER MUSIC, a/k/a YIN ER FU,

      Defendant.
_____

ORDER
_____

      For the reasons set forth on the record at the hearing held on November 2, 2007, IT IS HEREBY ORDERED as follows:

      1) Defendant's Objection to Admission of Expert Testimony [Doc # 34] is GRANTED, and the Government shall not be permitted to present its proposed expert testimony at trial;

      2) Defendant's Objection to Government's Notice of Intent to Introduce Evidence of Other Crimes, Wrongs, or Acts Pursuant to Fed. R. Civ. P. 404(b) [Doc # 31] is GRANTED, and the Government shall not be permitted to present its proposed Rule 404(b) evidence at trial;

      3) Defendant's Objection to Admission of "Res Gestae" Evidence [Doc # 30] is DENIED; and

      4) A status hearing is set for Wednesday, November 7, 2007 at 3:00 p.m.

Dated: November __5__, 2007 in Denver, Colorado.

                                      BY THE COURT:

                                      s/Lewis T. Babcock
                                      LEWIS T. BABCOCK, JUDGE