IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

Criminal Action No. 07-cr-00360-LTB

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. FU YINER d/b/a YINER MUSIC,

Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

IT IS STIPULATED AND ORDERED that, at the conclusion the sentencing hearing on January 22, 2008, the Government shall retain custody of their exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 22nd day of January 2008.

BY THE COURT:

_____
Lewis T. Babcock, Judge

_____
ATTORNEY FOR GOVERNMENT